*In re* JUNE I. ORTIZ TERREFORTE.

*Número:* TS-3189                    *Resuelto:* 10 de noviembre de 2005

*June I. Ortiz Terreforte*, peticionaria.

## RESOLUCIÓN

Examinada la moción de reinstalación de June I. Ortiz Terreforte, se accede a lo solicitado y se autoriza su reinstalación al ejercicio de la abogacía.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

(*Fdo.*) Dimarie Alicea Lozada
*Secretaria del Tribunal Supremo Interina*